United States District Court
Southern District of Texas
**ENTERED**
February 13, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| ISAIAS HERNANDEZ GONZALEZ, <br> Petitioner, <br><br> v. <br><br> MARTIN FRINK, *et al.*, <br><br> Respondents. | § <br> § <br> § <br> § <br> § <br> § CIVIL NO.  26-CV-930 <br> § <br> § <br> § <br> § <br> § <br> § |

## ORDER

Pending before the Court is Federal Respondents' motion for an extension of time to respond to the Petition for Habeas Corpus. ECF No. 6. Having considered the motion, the Court finds as follows:

Respondents' motion for an extension of time is GRANTED.

It is ORDERED that Respondents have until February 16, 2026, to respond to the Petition for Habeas Corpus (Dkt. 1).

SIGNED at Houston, Texas, on this 12th day of February, 2026,

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE