United States District Court
Southern District of Texas

**ENTERED**
February 24, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:26-cv-930 |
|---|---|---|---|

| ISAIAS HERNANDEZ GONZALEZ, Petitioner |
|---|

| *versus* |
|---|

| MARTIN FRINK,  et al., Respondents |
|---|

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Paul O'Dwyer<br>Law Office of Paul O'Dwyer PC<br>11 Broadway Suite 715<br>New York NY 10004<br>646-230-7444; paul.odwyer@paulodwyerlaw.com<br>New York, No. 2341956<br>Southern District of New York, No. PO5088 |
|---|---|

| Name of party applicant seeks to appear for: | Isaias Hernandez Gonzalez, Petitioner |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes __     __ No ___ ✔ __

On a separate sheet for each sanction, please supply the full particulars.

| Dated:  2/5/2026 | Signed:                          /s/ Paul O'Dwyer |
|---|---|

| The state bar reports that the applicant's status is:     Active |
|---|
| Dated:  2/23/26 | Clerk's signature |

| **Order** |
|---|

**This lawyer is admitted *pro hac vice*.**

Dated:   2/23/2026

_____
United States District Judge