United States District Court
Southern District of Texas
**ENTERED**
February 26, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **ISAIAS HERNANDEZ GONZALEZ,** | § | |
| | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| V. | § | **CIVIL ACTION NO. 4:26-cv-00930** |
| | § | |
| **MARTIN FRINK, et al.,** | § | |
| | § | |
| | § | |
| *Respondents*. | § | |

**ORDER**

Petitioner has requested an extension of time to reply to Respondents' Response

to the Petition for Writ of Habeas Corpus. ECF No 10. The Motion is **GRANTED**.

**IT IS ORDERED** that Petitioner has until March 5, 2026, to submit his reply.

**SIGNED** at Houston, Texas, on this the 26th of February, 2026.

_____

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE